

**VIA CM/ECF**

September 9, 2013

The Honorable Richard G. Andrews
United States District Court – District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3570

      RE:    **Rydex Technologies LLC v. Medtronic Inc., Medtronic USA, Inc. and Medtronic Minimed, Inc., 1:13-cv-00672-UNA**

Dear Judge Andrews:

In response to the Court's August 19 Oral Order, we write to inform the Court of the status of the above captioned matter. The parties have reached a resolution in principle, and are working diligently to reduce the agreement to writing. The parties expect to be able to finalize a formal written agreement within days, and will promptly file a stipulation and proposed Order for dismissal with prejudice pursuant to the terms of the agreement.

We are available at the convenience of the Court should Your Honor have any questions regarding the foregoing.

                                                Respectfully Submitted,

                                                Stamatios Stamoulis (#4606)
                                                of Stamoulis & Weinblatt LLC

cc: All Counsel of Record (via CM/ECF)