**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

RYDEX TECHNOLOGIES LLC,

    Plaintiff,

  v.

MEDTRONIC INC,
MEDTRONIC USA, INC. and
MEDTRONIC MINIMED, INC.,

    Defendant.

Civil Action No. 1:13-cv-00672- LPS (rjb)

JURY TRIAL DEMANDED

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Rydex Technologies LLC ("Rydex") hereby files this voluntary Notice of Dismissal

pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may

be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time

before service by the adverse party of an answer.  Defendants Medtronic Inc., Medtronic USA,

Inc. and Medtronic Minimed, Inc., collectively referred to as ("Defendants"), have not yet

answered the Complaint.  Accordingly, Rydex voluntarily dismisses Defendants with prejudice

pursuant to Rule 41(a)(1), with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  September 27, 2013   STAMOULIS & WEINBLATT LLC


            */s/ Stamatios Stamoulis*
            Stamatios Stamoulis #4606
               stamoulis@swdelaw.com
            Richard C. Weinblatt #5080
               weinblatt@swdelaw.com
            Two Fox Point Centre
            6 Denny Road, Suite 307
            Wilmington, DE 19809
            Telephone: (302) 999-1540

            *Attorneys for Plaintiff*
            *Gordium Innovations LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2013, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Stamatios Stamoulis
Stamatios Stamoulis